To Whom It May Concern:

I received the enclosed letter from the Bankruptcy Trustee pertaining to undistributed funds from my dismissed case. I'm writing to you to release the monies so I can pay my debts.

Thank You
Allan Cosby

*Allan R. Cosby*

5546 Locust Street.
Philadelphia, Pennsylvania 19139
alcosby121@gmail.com
267-978-3113

RECEIVED NOV 22 2023 TIMOTHY McGRATH, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

FILED NOV 22 2023 TIMOTHY McGRATH, CLERK, DEP. CLERK