**SCOTT F. WATERMAN**
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606

Mail all Payments to
P.O. Box 680
Memphis, TN 38101-0680

(610) 779-1313
Fax (610) 779-3637

Scott F. Waterman, Esq.
Rolando Ramos, Esq.
Ann E. Swartz, Esq.

10/12/2023

Clerk, U.S. Bankruptcy Court
Attn:  Fiscal Department
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA  19107-4299

RE:   Allan L. Cosby
Bankruptcy No. 20-13066-AMC
UNCLAIMED FUNDS/CONSENT TO RELEASE

Ladies/Gentlemen:

We have issued a Trustee check number 17244456 in the amount of $9,630.46, payable to the CLERK, US BANKRUPTCY COURT, representing the funds remaining in the Trustee's account.

The above captioned case was recently closed and this check represents the UNCLAIMED amount which was returned to the DEBTOR(S). This check was never cashed.

This letter will serve as the TRUSTEE'S CONSENT to the payment of these funds to the Debtor(s) named above, should the Debtor(s) seek release of the funds.

Thank you for your attention to this matter.

Very truly yours,

COPY

Scott F. Waterman
Standing Chapter 13 Trustee

SFW/mms

cc:       Allan L. Cosby
cc via email: CIBIK LAW, PC

Website www.ReadingCh13.com • Document Upload: www.bkdocs.us