## IN THE UNITED STATES BANKRUPTCY
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:    Allan  L.  Cosby             :    Bk. No.: 20-13066 AMC
                                     :
                                     :

### ORDER

AND NOW, this **13th** day of December, 2023, Upon review of Debtor's Motion for Return of Unclaimed Funds and any response thereto, it is hereby ORDERED and DECREED that said Motion is Granted.  The Clerk of Court is hereby Ordered to return Debtor's funds, $9,630.46 to Allan L. Cosby upon receipt of this order.

_____

Ashely M. Chan
U.S. Bankruptcy Judge